## RESOLUTION TO FILE CHAPTER 7

Whereas, it is in the best interest of this Trust to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore, Resolved, that Marcel Reichart, the Sole Trustee of the Trust, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Trust; and

Be It Further Resolved, that Marcel Reichart, the sole Trustee of the Trust, is authorized and directed to appear in person or through his appointee in all bankruptcy proceedings on behalf of the Trust, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Trust in connection with that bankruptcy case, and

Be It Further Resolved, that Marcel Reichart, the sole Trustee of the Trust is authorized and directed to employ DuffyAmedeo LLP to represent the Trust in its bankruptcy case.

IN WITNESS WHEREOF, I have executed my name as Trustee this day, the 4th of September, 2024.

DocuSigned by:
*Marcel Reichart*
A15A0D0A3DCE476...
Marcel Reichart
Trustee and Sole Member